UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
MARY CONNER, individually and as the
representative of a class of similarly situated       Case No. 21-cv-00919-LDH-PK
persons,

                                    Plaintiff,

                                                      **STIPULATION AND ORDER**

            -against-

SUPERGOOP, LLC,

                                    Defendant.
-------------------------------------------------------------

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for all of the parties hereto as follows:

        1.      The case caption and Complaint are amended such that Taylor James, Ltd. is

        substituted as the defendant herein in lieu of Supergoop, LLC;

        2.      Peter T. Shapiro of Lewis Brisbois Bisgaard & Smith LLP hereby appears as

        counsel for Taylor James, Ltd. and waives service of process on its behalf; and

        3.      The new caption of this action shall be:


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------   Case No. 21-cv-00919-LDH-PK
MARY CONNER, individually and as the
representative of a class of similarly situated
persons,

                                    Plaintiff,

            -against-

TAYLOR JAMES LTD.,

                                    Defendant.
-------------------------------------------------------------

Dated:  New York, New York
        June 2, 2021

SHAKED LAW GROUP, P.C.                 LEWIS  BRISBOIS  BISGAARD  &  SMITH
                                       LLP

By: /s/ Dan Shaked
    Dan Shaked                         By: /s/ Peter T. Shapiro
    *Attorney for Plaintiff*               Peter T. Shapiro
    14 Harwood Court, Suite 415            *Attorneys for Defendant*
    Scarsdale, NY 10583                    77 Water Street, Suite 2100
    (917) 373-9128                         New York, New York 10005
    shakedlawgroup@gmail.com               (212) 232-1300
                                           Peter.Shapiro@lewisbrisbois.com


SO ORDERED:


*Peggy Kuo*
_____
            U.S.M.J.