Case 1:21-cv-00919-LDH-TAM   Document 14   Filed 07/01/21   Page 1 of 2 PageID #: 55

Clerk's Office
Filed Date:
7/1/2021
U.S. DISTRICT COURT-EDNY
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARY CONNER, individually and as the representative of a class of similarly situated persons,

                Plaintiff,

      -against-

TAYLOR JAMES, LLC,

                Defendant.
----------------------------------------------------------X

Case No. 21-cv-00919-LDH-PK

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act, the New York State Human Rights Law, the New York State Civil Rights Law and the New York City Human Rights Law because the website is not fully accessible to disabled individuals; and

WHEREAS, defendant continues to be committed to compliance with the applicable law, and the parties are amicably resolving this litigation on that basis,

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       June 17, 2021

| SHAKED LAW GROUP, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: __/s/ Dan Shaked_____ | By: __/s/ Peter T. Shapiro_____ |
| Dan Shaked, Esq. | Peter T. Shapiro, Esq. |
| 14 Harwood Court, Suite 415 | 77 Water Street, Suite 2100 |
| Scarsdale, New York 10583 | New York, New York 10005 |
| (917) 373-9128 | (212) 232-1300 |
| shakedlawgroup@gmail.com | Peter.Shapiro@lewisbrisbois.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

4825-3413-1437.1

SO ORDERED:

**s/ LDH**          **July 1, 2021**
Honorable LaShann DeArcy Hall, U.S.D.J.

4825-3413-1437.1